**COM.**

v.

**BALL, R.**

**2512 EDA 2016**

Superior Court of Pennsylvania.

04/28/2017

CP–51–CR–1111572–2000 (Philadelphia)

Affirmed

**COM.**

v.

**BARKER, T.**

**3482 EDA 2016**

Superior Court of Pennsylvania.

04/28/2017

CP–23–CR–0001937–2008 (Delaware)

Affirmed

**IN the INTEREST OF:**
**K.M.G., A Minor**

**3535 EDA 2016**

Superior Court of Pennsylvania.

04/28/2017

CP–51–AP–0000026–2015 (Philadelphia)

Affirmed

**COM.**

v.

**DREESE, D.**

**1370 MDA 2016**

Superior Court of Pennsylvania.

04/28/2017

CP–14–CR–0001279–2014 (Centre)

Affirmed/Reversed/Remanded

**COM.**

v.

**OWENS, A.**

**1834 MDA 2016**

Superior Court of Pennsylvania.

04/28/2017

CP–36–CR–0001748–2010 (Lancaster)

Affirmed

**SKONIECZNY, P.**

v.

**COOPER, D.**

**1166 WDA 2016**

Superior Court of Pennsylvania.

04/28/2017

GD01–018372 (Allegheny)

Affirmed